## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 3:08CR43/LAC

**ALFRED LEROY CROMWELL,**
  a/k/a "Big Al"

_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **ALFRED LEROY CROMWELL,** pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One through Seven of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about July 2, 2008, the defendant, **ALFRED LEROY CROMWELL,** pled guilty to all Counts of the Indictment;

AND WHEREAS, by virtue of said guilty plea and based upon the testimony presented on September 22, 2008 in open court, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.      That all of defendant's rights and interest in the item described below is hereby forfeited to and vested in the United States of America.

2.      That the item which is subject to forfeiture in this Order is as follows:

The property known as 1810 St. Joseph Avenue, Pensacola, Florida, also known as 1810 W. St. Joseph Street, more particularly described as:

> **The east 46.65 feet of the west 93.35 feet of the south 100 feet of Lot 126, Kanen Place, Unit #2, a subdivision of Lot 10, Section 17, Township 2 south, Range 30 west, Escambia County, Florida according to the plat recorded in Plat Book 2, at page 9of the public records of Escambia County, Florida.**

3.      That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **ALFRED LEROY CROMWELL**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 23rd day of September, 2008.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**