**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:08CR43/LAC

**ALFRED LEROY CROMWELL,**
   a/k/a "Big Al"

_____

**FINAL ORDER OF FORFEITURE AS TO
ALL PERSONS AND ENTITIES**

WHEREAS, on September 23, 2008, the Court entered a Preliminary Order of Forfeiture (Doc.30), pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), based upon the defendant's guilty plea to all Counts of the Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov, and of the intent of the United States to dispose of the property in accordance with Title 21, United States Code, Section 853(a)(1) and (2), and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

AND WHEREAS, the United States provided direct notice to Cynthia Watts, Demetrius James Cromwell, Antwone Lavall Cromwell, and Jessica Charniece

Cromwell, and of the intent of the United States to dispose of the property in accordance with Title 21, United States Code, Section 853(a)(1) and (2), and further notifying the parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property

AND WHEREAS, no claims or petitions have been filed for the property described in this court's Preliminary Order of Forfeiture as to **ALFORD LEROY CROMWELL,** entered September 23, 2008, and the time for filing petitions expired on December 16, 2008, sixty (60) days after the first publication on October 17, 2008, pursuant to Title 21, United States Code, Section 853(a)(1) and (2). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America.

2. Property subject to forfeiture in this Order is as follows:

**The property known as 1810 St. Joseph Avenue, Pensacola, Florida, more particularly described as:**

> **The east 46.65 feet of the west 93.35 feet of the south 100 feet of Lot 126, Kanen Place, Unit #2, a subdivision of Lot 10, Section 17, Township 2 south, Range 30 west, Escambia County, Florida according to the plat recorded in Plat Book 2, at page 9of the public records of Escambia County, Florida.**

3. That no person or entity has established that they have any legal right, title or interest in said real property forfeited to the United States of America by Order entered on September 23, 2008, and said forfeiture is now final.

2

4. That the United States Marshal shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 17th day of February, 2009.

>  s/*L.A. Collier*
> LACEY A. COLLIER
> SENIOR UNITED STATES DISTRICT JUDGE